

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-29-2010

# USA v. Clifford Williams

Precedential or Non-Precedential: Non-Precedential

Docket No. 09-1020

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"USA v. Clifford Williams" (2010). *2010 Decisions.* Paper 541.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/541

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
No. 09-1020

UNITED STATES OF AMERICA

v.

CLIFFORD B. WILLIAMS,
Appellant
(W.D. Pa No. 3-06-cr-00023-001)

Present:  RENDELL, HARDIMAN, and GREENBERG, Circuit Judges

1.  Motion by Pro Se Appellant Clifford B. Williams to Recall Mandate and for Panel Rehearing

**O R D E R**

The foregoing motion to recall the mandate and for panel rehearing is hereby granted. The Court's order, filed February 24, 2010, granting summary action is hereby vacated. The Clerk will appoint new counsel under the Criminal Justice Act.  After review of the record, new counsel will have the opportunity to file a response to the government's motion for summary action.

By the Court,


/s/Marjorie O. Rendell
Circuit Judge


Dated: September 29, 2010
PDB/cc: Donovan J. Cocas, Esq.
        Douglas Sughrue, Esq.
        Mr. Clifford B. Williams